IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KHANDAKAR AHAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:14-cv-01117 |
| v. | ) | |
| | ) | Judge Nixon |
| ERIC K. SHINSEKI, Secretary, Department of | ) | Magistrate Judge Knowles |
| Veterans Affairs, and DEPARTMENT OF | ) | JURY DEMAND |
| VETERANS AFFAIRS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

Entered this the ___ day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT