UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KHANDAKAR AHAD | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:14-1117 |
| | ) | Judge Campbell/Knowles |
| SLOAN GIBSON, Acting Secretary of the | ) | |
| Department of Veterans Affairs, et al. | ) | |

**O R D E R**

For the reasons stated on the record at the hearing held on September 11, 2014, the Initial Case Management Conference in this action is hereby continued to **Tuesday, October 14, 2014, at 10:30 a.m.** Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted prior to the Case Management Conference.

Counsel for the Plaintiff shall serve a copy of this Order on any Defendants who have not yet entered an appearance.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge